IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 NOV 15 P 2:41

| | |
|---|---|
| PATRICIA WHEELES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07CV1006-MEF |
| | ) |
| NELSON'S ELECTRIC MOTOR | ) |
| SERVICES, GARY NELSON, | ) |
| INDIVIDUALLY AND IN HIS | ) |
| OFFICIAL CAPACITY, LOUISE | ) |
| PARTIKA, INDIVIDUALLY AND IN | ) |
| HER OFFICIAL CAPACITY, AND | ) |
| RENEA MORGAN, INDIVIDUALLY | ) |
| AND IN HER OFFICIAL CAPACITY, | ) |
| | ) |
| Defendants. | ) |

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff, PATRICIA WHEELES, by and through her attorney of record, Derrick Blythe, demands trial by jury of all of the issues in this cause.

DATED this the __15__ day of __Nov._____, 2007.

_____
Derrick Blythe [BLY 003]
Attorney for Plaintiff
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101