IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICIA WHEELES,  )
)
Plaintiff,  )
)
v.  ) CASE NO. 3:07 cv1006-MEF
)
NELSON'S ELECTRIC MOTOR SERVICES, et al,  )
)
Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Louise Partika, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Renea Morgan | Former Co-worker of Plaintiff |

12/10/2007
Date

/s/ William Larkin Radney, III
(Signature)

**William Larkin Radney, III**
(Counsel's Name)

Nelson's Electric Motor Services, Gary Nelson, Louise Partika, Renea Morgan
Counsel for (print names of all parties)

Barnes & Radney, P.C 80 N. Central, P.O. Drawer 877
Alexander City, AL 35011-0877
Address, City, State Zip Code

(256) 329-8438
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, William Larkin Radney, III, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail & U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th day of December 20 07, to:

Derrick Blythe    - dblythe@earthlink.net

Attorney at Law

126 Marshall Street

Alexander City, AL 35010

12/10/2007
Date

/s/ William Larkin Radney, III
Signature