IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PATRICIA WHEELES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:07 CV1006-MEF |
| | ) |
| NELSON'S ELECTRIC MOTOR SERVICES, GARY NELSON, individually and in his official capacity, LOUISE PARTIKA, individually and in her official capacity, and RENEA MORGAN, individually and in her official capacity, | ) ) ) ) ) ) ) ) ) |
| | ) |
|    Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

     1.     Pursuant to *Fed. R. Civ. P 26(f)*, the following attorneys conferred on or about January 8, 2008.

         Derrick Blythe, counsel for Plaintiff

         William Larkin Radney, III, counsel for Defendants

     2.     Pre-Discovery Disclosures. The Parties will exchange the information required by *Fed. R. Civ. P 26(a)* by January 25, 2008.

     3.     Discovery Plan. Discovery will be required on the allegations made in Plaintiff's complaint and the defenses raised in Defendant's answer. The parties jointly propose to the Court the following discovery plan:

         a.     All discovery commenced in time to be completed by the pre-trial conference.

         b.     A total of 40 Interrogatories and 40 Requests for Production by the Plaintiff and by each Defendants to any other party. Responses due thirty (30) days after service.

        c.      A total of 20 Requests for Admission by the Plaintiff and by each Defendant to any other party. Responses due thirty (30) days after service.

        d.      The parties have agreed to limit depositions to a total of ten (10) on behalf of either party except by agreement of the parties or for good cause.

        e.      Each deposition, except for Plaintiff and Defendants shall be limited to a maximum of 4 hours unless extended by agreement of parties.

        f.      Reports from retained experts under Rule 26(a)(2) due:
From Plaintiff by April 7, 2008.
From Defendants by May 4, 2008.

        g.      The parties agree to supplement discovery pursuant to Rule 26(e).

4.      Other items.

        a.      The parties <u>do not request</u> a conference with the Court before entry of the Scheduling Order. To the extent the Court prefers to hold such a conference, the parties respectfully request that it be handled telephonically.

        b.      The parties request a pre-trial conference in July, 2008.

        c.      Plaintiff should be allowed until April 1, 2008 to join additional parties and until April 1, 2008 to amend pleadings.

        d.      Defendants should be allowed until April 18, 2008 to join additional parties and until April 18, 2008 to amend pleadings.

        e.      All potentially dispositive motions should be filed ninety (90) days before pre-trial conference.

        f.      As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

        g.      Final lists of witnesses under Rule 26(a)(3) should be due:
From Plaintiff by twenty-one (21) days before pre-trial conference.
From Defendants by twenty-one (21) days before pre-trial conference.

        h.      Final lists of exhibits under Rule 26(a)(3) should be due twenty-one (21) days before trial date.

      i.      Parties shall have fourteen (14) days after service of final lists of witnesses to list objections under Rule 26(a)(3).

      j.      Parties shall have fourteen (14) days after service of exhibit lists to file objections.

This case should be ready for trial by August 12, 2008 and at this time is expected to take approximately two (2) days.

                                /s/ *Derrick Blythe*
                                **DERRICK BLYTHE (ASB#8223B58B)**
                                **Attorney for named Plaintiff**

**OF COUNSEL:**

Derrick Blythe
Attorney at Law
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101

                                /s/ *William Larkin Radney, III*
                                **WILLIAM LARKIN RADNEY, III**
                                **(ASB#1474R81W)**
                                **Attorney for named Defendants**

**OF COUNSEL:**

BARNES & RADNEY, P.C.
Post Office Drawer 877
Alexander City, Alabama 35011-0877
(256) 329-8438

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PATRICIA WHEELES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:07 CV1006-MEF ) |
| NELSON'S ELECTRIC MOTOR SERVICES, GARY NELSON, individually and in his official capacity, LOUISE PARTIKA, individually and in her official capacity, and RENEA MORGAN, individually and in her official capacity, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2008, I electronically filed the foregoing Report of Parties' Planning Meeting with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Derrick Blythe
Attorney at Law
126 Marshall Street
Alexander City, Alabama 35010

                                          Respectfully Submitted,

                                          */s/ William Larkin Radney, III*
                                          **WILLIAM LARKIN RADNEY, III**
                                          **(ASB#1474R81W)**
                                          Attorney for Defendants
                                          Barnes & Radney, P.C., Law Firm
                                          80 North Central Avenue
                                          Post Office Drawer 877
                                          Alexander City, Alabama 35011-0877
                                          Telephone:   (256) 329-8438
                                          Facsimile:    (256) 329-0809
                                          Email   :     lradney@bellsouth.net