IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA WHEELES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-1006-TFM |
| | ) | |
| NELSON'S ELECTRIC MOTOR SERVICES, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

This action is assigned to the undersigned magistrate judge to conduct all proceedings and order entry of judgment by consent of all the parties (Doc. 19, filed January 23, 2008) and 28 U.S.C. § 636(c).  As such, Section 1 of the Scheduling Order (Doc. 18) is amended as follows:

**SECTION 1.  TRIAL DATE**:   The **jury trial** shall commence on **August 25, 2008**, with jury selection at **10:00 a.m.**, in the G.W. Andrews Federal Building & United States Courthouse, 701 Avenue A in **Opelika, Alabama**.

As provided in Fed.R.Civ.P. 16(d), a **final pretrial conference** in this case, is set at **10:00 a.m., on July 1, 2008**, in  District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, **Montgomery, Alabama**.  This conference shall be attended by at least one of the attorneys who will try the case for each of the parties and by any party who is not represented by an attorney.  The court will address the matters provided for in Rule 16 (c).  All motions which have not been submitted or ruled on will be heard at this time.  **The parties are DIRECTED to prepare jointly a proposed pretrial order consistent with the outline available on the court's website.**  The plaintiff shall ensure that the original of the proposed pretrial order is received by the court **June 24, 2008;** the order shall be transmitted in WordPerfect (preferred) or Microsoft Word format to propord_moorer@almd.uscourts.gov

**SECTION 16.** If any party has an objection to these deadlines, the party should inform the Court within fourteen (14) days of this Order; otherwise, the Court will assume that the deadlines are agreeable to all parties.  Unless this Order be modified by the subsequent Order of the Court, the provisions hereinabove set out are binding on the parties.

Further, the parties shall still refer to the original Scheduling Order (Doc. 18) for any dates not specifically impacted by this Amended Scheduling Order.

DONE this 24th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE