## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **PATRICIA WHEELES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO. 3:07 CV1006-TFM** |
| ) | |
| **NELSON'S ELECTRIC MOTOR** ) | |
| **SERVICES, GARY NELSON,** ) | |
| **individually and in his official** ) | |
| **capacity, LOUISE PARTIKA,** ) | |
| **individually and in her official** ) | |
| **capacity, and RENEA MORGAN,** ) | |
| **individually and in her official** ) | |
| **capacity,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come now the Defendants, Nelson's Electric Motor Services, Gary Nelson, Louise Partika and Renea Morgan in the above styled cause and pursuant to Fed. R. Civ. P. Rule 56, move this Court to grant summary judgment in favor of Defendants in that there is no genuine issue of material fact to be submitted to the jury and judgment should be entered in their favor as a matter of law as to all of Plaintiff's claim.

In support of this motion, Defendants rely upon the following:

1.    All pleadings filed in this matter.

2.    Exhibit A through E attached hereto. [1]

A.    Affidavit of Gary Nelson

---

[1]    Although specific page/line and paragraph cites are made as to factual statements made in the supporting brief, Defendants rely on the depositions and affidavits referenced in their entirety and reserve the right to further cite the depositions and/or affidavits as may be necessary to supplement this motion or in reply to any response to this motion by Plaintiff.

      B.      Affidavit of Louise Partika

      C.      Affidavit of Renea Morgan

      D.      Affidavit of Ricky Lashley

      E.      Deposition Testimony of Plaintiff, Patricia Wheeles

      F.      EEOC Charge of Discrimination

3.      Memorandum Brief submitted herewith.

WHEREFORE, premises considered, the Defendants request summary judgment be granted in their favor as a matter of law.

RESPECTFULLY submitted this the 2nd day of April, 2008.

/s/  *William Larkin Radney, III*
**WILLIAM LARKIN RADNEY, III (RAD001)**
**Attorney for named Defendants**

**OF COUNSEL:**

BARNES & RADNEY, P.C.
80 North Central Avenue
Post Office Drawer 877
Alexander City, Alabama 35011-0877
Telephone:    (256) 329-8438
Facsimile:    (256) 329-0809
Email    :    lradney@bellsouth.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **PATRICIA WHEELES,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:07 CV1006-TFM** |
| | ) | |
| **NELSON'S ELECTRIC MOTOR** | ) | |
| **SERVICES, GARY NELSON,** | ) | |
| **individually and in his official** | ) | |
| **capacity, LOUISE PARTIKA,** | ) | |
| **individually and in her official** | ) | |
| **capacity, and RENEA MORGAN,** | ) | |
| **individually and in her official** | ) | |
| **capacity,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on April 2, 2008, I electronically filed the foregoing Defendants' Motion for Summary Judgment and Brief in Support of Motion for Summary Judgment with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Derrick Blythe
Attorney at Law
126 Marshall Street
Alexander City, Alabama 35010

                                     Respectfully Submitted,

                                     /s/ *William Larkin Radney, III*
                                     **WILLIAM LARKIN RADNEY, III**
                                     Attorney for Defendants
                                     Barnes & Radney, P.C., Law Firm
                                     80 North Central Avenue
                                     Post Office Drawer 877
                                     Alexander City, Alabama 35011-0877
                                     Telephone:    (256) 329-8438
                                     Facsimile:    (256) 329-0809
                                     Email   :    lradney@bellsouth.net