IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA WHEELES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:07-cv-1006-TFM |
| | ) |
| NELSON'S ELECTRIC MOTOR SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon of review of *Defendants' Motion for Summary Judgment* and the brief in support (Docs. 21-22, filed April 2, 2008), it is hereby **ORDERED** that the motion be submitted without oral argument on **April 30, 2008.**

It is further **ORDERED** that Plaintiff file a response which shall include a brief and evidentiary materials on or before **April 23, 2008**. Defendants may file a reply brief on or before **April 30, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

DONE this 3rd day of April, 2008.

                                /s/Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE