IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

PATRICIA WHEELES,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   CASE NO. 3:07-cv-1006-TFM
                                 )
NELSON'S ELECTRIC MOTOR,         )
SERVICES, GARY NELSON,           )   RECEIVED
individually, and in his official capacity, )
LOUISE PARTIKA, individually, and )
in her official capacity, and RENEA )   APR 2 2 2008
MORGAN, individually, and in her )
official capacity,               )
                                 )   CLERK
                                 )   U.S. DISTRICT COURT
    Defendants.                  )   MIDDLE DIST. OF ALA.

**PLAINTIFF'S EVIDENTIARY MATERIALS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff in the above-styled cause and submits this her Evidentiary Submissions in Support of her Response in Opposition to Defendants' Motion for Summary Judgment.

| Exhibit 1 | EEOC Charge of Discrimination and Dismissal and Notice of Rights |
|-----------|------------------------------------------------------------------|
| Exhibit 2 | Deposition of Patricia Wheeles |

Respectfully submitted, this 22 day of April, 2008.

_____
Derrick Blythe, [BLY 003]
Attorney for Plaintiff
126 Marshall Street
Alexander City, AL  35010
(256)234-4101

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of April, 2008, that I have served a copy of the foregoing upon the following by placing a true and correct copy of the same, postage prepaid, via U.S. Mail, addressed as follows:

William Larkin Radney, III, Esq.
Barnes & Radney, P.C., Law Firm
80 North Central Avenue
Post Office Drawer 877
Alexander City, Alabama 35011-0877

_____
OF COUNSEL