IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2008 APR 22 P 3: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PATRICIA WHEELES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07CV1006-TFM |
| NELSON'S ELECTRIC MOTOR SERVICES, GARY NELSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, LOUISE PARTIKA, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, AND RENEA MORGAN, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW, the Plaintiff, PATRICIA WHEELES, by and through her attorney of record, Derrick Blythe, who gives notice to the Court concerning the settlement conference of April 17, 2008 and status of mediation and offers the following in support of said notice, to wit:

1. A face to face meeting was conducted on April 17, 2008 between Plaintiff's counsel and Defense counsel wherein the issues and facts of the case were discussed in depth by both sides resulting in candid evaluations of each side's position.

2. Offers of settlement were exchanged by counsel and are still pending and have not been rejected at this time.

3. While Plaintiff's counsel is not opposed to open face to face mediation regularly, said counsel is of the opinion that such in this case would be futile as there has been no indication that the parties can reach a settlement at this point.

DATED this the 22 day of April, 2008.

_____
Derrick Blythe [BLY 003]
Attorney for Plaintiff
126 Marshall Street
Alexander City, Alabama 35010
(256) 234-4101

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document on each of the following by sending a copy of same by first class U.S. Mail, postage prepaid and properly addressed to Larkin Radney, Barnes & Radney, P.C., P.O. Box 877, Alexander City, Alabama 35011-0877 on this the 22 day of April, 2008.

_____
Of Counsel